# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CARLOS MURRAIN                                         Case No. 16-12877
                                                       Hon. Judith E. Levy
           Plaintiff,                          Mag. Judge Elizabeth A. Stafford

v.

AMCOL SYSTEMS, INC.,
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having been advised that Plaintiff, Carlos Murrain, and Defendant, Amcol Systems, Inc., through their respective counsel, stipulate to the above-caption action being dismissed, on the merits, with prejudice and without costs or fees to either party, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AGREED** that the above-captioned action be dismissed, on the merits, with prejudice and without costs or fees to either party.

Dated: _February 13, 2017_

                                                                                  s/Judith E. Levy_____
                                                                                  Honorable Judith E. Levy
                                                                                  U.S. District Court Judge

The undersigned stipulate to entry of the foregoing Order:

| | |
|---|---|
| Dated: February 10, 2017<br><br>*/s/ Jenny DeFrancisco*<br>Jenny DeFrancisco, Esq.<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT  06897<br>Telephone:  203-653-2250<br>jdefrancisco@lemberglaw.com<br>*Attorney for Plaintiff* | Dated: February 10, 2017<br><br>*/s/ Randall J. Groendyk*<br>Randall J. Groendyk, Esq.<br>Varnum LLP<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501<br>Telephone: 616-336-6000<br>rjgroendyk@varnumlaw.com<br><br>Dena H. Shuayto, Esq.<br>160 West Fort Street, 5th Floor<br>Detroit, MI 48226<br>Telephone: 313-481-7326<br>dhshuayto@varnumlaw.com<br>*Attorneys for Defendant* |